# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Mullon, Joseph B | § § § § | Case No. 08 B 20310 |
| Debtor | | |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 08/04/2008.

2)   The plan was confirmed on 02/26/2009.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4)   The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5)   The case was completed on 02/06/2012.

6)   Number of months from filing or conversion to last payment: 42.

7)   Number of months case was pending: 43.

8)   Total value of assets abandoned by court order: (NA).

9)   Total value of assets exempted: $21,695.00.

10)   Amount of unsecured claims discharged without full payment: $110,227.43.

11)   All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $32,080.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$32,080.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,901.69 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,401.69** |

Attorney fees paid and disclosed by debtor     $1,099.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Internal Revenue Service | Priority | $4,800.00 | $3,753.00 | $3,753.00 | $3,753.00 | $0 |
| Chase Home Finance | Secured | $140,538.00 | $140,526.78 | $140,526.78 | $0 | $0 |
| Chase Home Finance | Secured | $20,000.00 | $8,581.05 | $8,581.05 | $8,581.05 | $0 |
| City of Calumet City | Secured | $177.27 | $177.27 | $177.27 | $177.27 | $0 |
| Cook County Treasurer | Secured | $6,000.00 | $11,008.44 | $11,008.44 | $0 | $0 |
| ACL Inc | Unsecured | $166.00 | $169.45 | $169.45 | $46.07 | $0 |
| ACL Inc | Unsecured | $395.00 | $401.55 | $401.55 | $109.17 | $0 |
| Advanced Medical Imaging Center | Unsecured | $99.52 | NA | NA | $0 | $0 |
| Advocate Medical Group | Unsecured | $146.00 | NA | NA | $0 | $0 |
| American Express | Unsecured | $0 | NA | NA | $0 | $0 |
| Bally Total Fitness | Unsecured | $675.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $988.00 | NA | NA | $0 | $0 |
| Certified Services Inc | Unsecured | $99.52 | NA | NA | $0 | $0 |
| Chicago Smiles | Unsecured | $1,543.89 | NA | NA | $0 | $0 |
| City of Calumet City | Unsecured | $250.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $2,200.00 | $320.00 | $320.00 | $87.02 | $0 |
| Community Hospital | Unsecured | $308.00 | $352.75 | $352.75 | $95.91 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Computer Credit Service Corp | Unsecured | $471.00 | NA | NA | $0 | $0 |
| Credit One | Unsecured | $1,355.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $59.00 | NA | NA | $0 | $0 |
| Custom Collection | Unsecured | $106.00 | NA | NA | $0 | $0 |
| East Bay Funding | Unsecured | $910.00 | $929.02 | $929.02 | $252.56 | $0 |
| ECast Settlement Corp | Unsecured | $787.00 | $837.89 | $837.89 | $227.86 | $0 |
| ECast Settlement Corp | Unsecured | $1,008.00 | $1,060.06 | $1,060.06 | $288.23 | $0 |
| ECast Settlement Corp | Unsecured | NA | $1,049.25 | $1,049.25 | $285.31 | $0 |
| ECast Settlement Corp | Unsecured | $1,706.00 | $1,792.45 | $1,792.45 | $487.31 | $0 |
| Ffcc Columbus Inc | Unsecured | $231.00 | NA | NA | $0 | $0 |
| First Choice Loans | Unsecured | $1,500.00 | NA | NA | $0 | $0 |
| Ford Motor Credit Corporation | Unsecured | NA | $32,982.26 | $32,982.26 | $8,966.81 | $0 |
| Ford Motor Credit Corporation | Unsecured | $33,978.00 | NA | NA | $0 | $0 |
| Gregory Emergency Physicians | Unsecured | $45.00 | NA | NA | $0 | $0 |
| Horizon Dental Center | Unsecured | $180.20 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $902.00 | NA | NA | $0 | $0 |
| HSBC Auto Finance | Unsecured | $14,177.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $52.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $121.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $240.00 | NA | NA | $0 | $0 |
| Illinois Title Loans | Unsecured | $575.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $817.91 | $817.91 | $222.35 | $0 |
| Juniper Bank | Unsecured | $670.00 | NA | NA | $0 | $0 |
| Lou Harris | Unsecured | $175.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $145.00 | NA | NA | $0 | $0 |
| Metro Center For Health | Unsecured | $278.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services/Alverno | Unsecured | $133.00 | NA | NA | $0 | $0 |
| National Capital Management | Unsecured | NA | $9,807.96 | $9,807.96 | $2,666.43 | $0 |
| New Leaf Resources | Unsecured | $457.50 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $180.00 | $590.13 | $590.13 | $160.45 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,042.00 | $1,066.70 | $1,066.70 | $290.03 | $0 |
| Premier Bankcard | Unsecured | $414.00 | $446.30 | $446.30 | $121.36 | $0 |
| Resurgent Capital Services | Unsecured | $1,355.00 | $1,396.29 | $1,396.29 | $379.63 | $0 |
| Richard P Komyatte & Assoc | Unsecured | $1,311.04 | NA | NA | $0 | $0 |
| Richard P Komyatte & Assoc | Unsecured | $5,500.00 | NA | NA | $0 | $0 |
| Robert W Marquis MDSC | Unsecured | $140.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Sears Dental Service | Unsecured | $280.00 | NA | NA | $0 | $0 |
| Sears Dental Service | Unsecured | $388.00 | NA | NA | $0 | $0 |
| Sherrie C Godbolt MD | Unsecured | $50.00 | NA | NA | $0 | $0 |
| St James Hospital | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| St Margaret Mercy Healthcare | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Streeterville Pediatrics SC | Unsecured | $115.00 | NA | NA | $0 | $0 |
| Superior Air Ground | Unsecured | $270.40 | NA | NA | $0 | $0 |
| Trace Ambulance | Unsecured | $170.00 | NA | NA | $0 | $0 |
| USA Payday Loans | Unsecured | $1,900.00 | $1,767.29 | $1,767.29 | $480.49 | $0 |
| Victoria C Buchanan MD | Unsecured | $348.00 | NA | NA | $0 | $0 |
| Village Of Alsip | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Village Of Alsip | Unsecured | $150.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $140,526.78 | $0 | $0 |
| Mortgage Arrearage | $8,581.05 | $8,581.05 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $11,185.71 | $177.27 | $0 |
| **TOTAL SECURED:** | $160,293.54 | $8,758.32 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $3,753.00 | $3,753.00 | $0 |
| **TOTAL PRIORITY:** | $3,753.00 | $3,753.00 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $55,787.26 | $15,166.99 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,401.69 |
| Disbursements to Creditors | $27,678.31 |
| **TOTAL DISBURSEMENTS:** | $32,080.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: March 27, 2012      By: /s/ MARILYN O. MARSHALL
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)